

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
William Old, Judge Presiding

# O R D E R

Appellant has filed his brief and a motion to abate this appeal for findings of fact and conclusions of law on the issue of voluntariness. We request the State file a response to the motion by March 2, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court